UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
**CINQUETTA FRAZIER**,                                            :
                                                                  :
                Plaintiff,    :
                                            :  **ORDER**
       – against –                                        :  23-CV-6629 (AMD) (LGD)
                                                                  :
**TOWN OF ISLIP HOUSING AUTHORITY**,                              :
                                                                  :
                Defendant.    :
----------------------------------------------------------------- X

**ANN M. DONNELLY**, United States District Judge:

On August 23, 2023, the *pro se* plaintiff filed a letter in the United States District Court for the Southern District of New York ("SDNY") alleging that the defendant violated her rights. (ECF No. 1.) The SDNY Clerk of Court construed the letter as a complaint and opened it as a civil action. (*Id.*; ECF No. 2 at 1 n.1.) By order dated August 30, 2023, SDNY transferred the action to this Court. (ECF No. 2.) On September 6, 2023, the EDNY Clerk of Court informed the plaintiff that her submission was deficient because she did not pay the Court's filing fee or apply to proceed *in forma pauperis* ("IFP"). (ECF No. 5.) On September 7, 2023, the plaintiff filed a request to proceed IFP. (ECF No. 6.)

By letter dated September 12, 2023, the Clerk of Court informed the plaintiff that her complaint was still deficient because she did not sign it. (ECF No. 8.) The Clerk's Office told the plaintiff that she must sign and return the complaint to the Court within 14 days, and that if she did not do so, the action would not proceed and may be dismissed. (*Id.*) The plaintiff did not do so or otherwise contact the Court. (ECF No. 10 at 2 & n.1.) Accordingly, on October 18, 2024, the Court dismissed the action without prejudice (*id.* at 2), and on November 7, 2023, the Clerk of Court entered judgment and closed the action (ECF No. 13).

On October 27, 2023 and November 7, 2023, the Court received letters from the plaintiff restating her allegations against the defendant (ECF Nos. 11, 12, 14), and on November 21, 2023, the plaintiff filed a motion to reopen the case (ECF No. 15).  On April 4, 2024, the Court granted the plaintiff's motion to reopen the case and directed her to file a complaint by May 6, 2024.  (*ECF Order dated Apr. 4, 2024.*)  The Court advised the plaintiff that the complaint "must include a handwritten signature," which her previous submissions did not have.  (*Id.*)

The plaintiff did not file a complaint by May 6, 2024.  On May 13, 2024, the Court *sua sponte* extended the plaintiff's deadline to June 12, 2024, and notified her that if she did not file a "properly signed complaint or show good cause for an extension" by that date, the Clerk of Court "may be directed to enter judgment and close this case."  (*ECF Order dated May 13, 2024.*) After the plaintiff missed the June 12, 2024 deadline, the Court extended the deadline to July 17, 2024, and informed the plaintiff that if she did not file a complaint or show good cause for an extension by that date, the Clerk of Court "will be directed to enter judgment and close this case."  (*ECF Order dated June 17, 2024.*)

To date, the plaintiff has not filed a complaint, and has not contacted the Court since November 21, 2023.  Accordingly, the action is dismissed, and the Clerk of Court is directed to enter judgment and close the case.  The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff and to note the mailing on the docket.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal of this order would not be taken in good faith.  Therefore, *in forma pauperis* status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

**SO ORDERED.**

                                                                                            s/Ann M. Donnelly

                                                                                           ANN M. DONNELLY
                                                                                           United States District Judge

Dated: Brooklyn, New York
         July 25, 2024